

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00363-CV

| | | |
|---|---|---|
| TUWANA S. GILDON, Appellant | § | On Appeal from the 141st District Court |
| | § | of Tarrant County (141-308314-19) |
| V. | | |
| | § | September 24, 2020 |
| ARVM 5, LLC, Appellee | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
      Justice Dabney Bassel